*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                          Chapter: 13

    Donte Osborne

           Debtor(s)            Bankruptcy No: 20–13727–amc

*O R D E R*

**AND NOW,** this 16th day of September 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        <u>Documents and Deadline</u>

        Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 9/22/2020.
        Chapter 13 Plan due by 9/29/2020.
        Pro Se Statement due 9/29/2020.
        Proper Form of Petition due 9/29/2020.
        Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1(old) due 9/29/2020. Means Test Calculation Form 122C–2 – If Applicable – Due: 9/29/2020.
        Schedule A/B due 9/29/2020.
        Schedule C due 9/29/2020.
        Schedule E/F due 9/29/2020.
        Schedule G due 9/29/2020.
        Schedule H due 9/29/2020.
        Schedule I due 9/29/2020.
        Schedule J due 9/29/2020.
        Statement of Financial Affairs due 9/29/2020.
        Summary of Assets and Liabilities Form B106 due 9/29/2020.

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

3
Form 130