Fill in this information to identify your case.

Debtor 1: Donte Osbourne
Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if known): _____

☐ Check if this is an amended filing

20-13727 AMC

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim
Column C — Unsecured portion If any

**2.1** Creditor's Name: Montgomery County Tax Claim
Number/Street: PO Box 190
City: Norristown   State: PA   ZIP Code: 19404

Describe the property that secures the claim:
1625 Park Ave.
Willow Grove, PA. 19090

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number  4 7 8 1

$_____    $_____    $_____

FILED SEP 15 2020

**2.2** Creditor's Name: _____
Number/Street: _____
City _____ State _____ ZIP Code _____

Describe the property that secures the claim:
_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1 __Donte Osbourne_____   Case number (if known)_____
         First Name   Middle Name   Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |

☐ _____   Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name
   _____  _____
   Number       Street
                                    As of the date you file, the claim is: Check all that apply.
                                    ☐ Contingent
   _____  _____  _____    ☐ Unliquidated
   City          State  ZIP Code   ☐ Disputed

Who owes the debt? Check one.       Nature of lien. Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                                    ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
  community debt

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐ _____   Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name
   _____  _____
   Number       Street
                                    As of the date you file, the claim is: Check all that apply.
                                    ☐ Contingent
   _____  _____  _____    ☐ Unliquidated
   City          State  ZIP Code   ☐ Disputed

Who owes the debt? Check one.       Nature of lien. Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                                    ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
  community debt

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐ _____   Describe the property that secures the claim:   $_____   $_____   $_____
   Creditor's Name
   _____  _____
   Number       Street
                                    As of the date you file, the claim is: Check all that apply.
                                    ☐ Contingent
   _____  _____  _____    ☐ Unliquidated
   City          State  ZIP Code   ☐ Disputed

Who owes the debt? Check one.       Nature of lien. Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                                    ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
  community debt

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $_____

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  $_____

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page ___ of ___

Debtor 1   Donte Osbourne _____   Case number (if known)_____
           First Name   Middle Name   Last Name

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number  4  7  8  1

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number   Street _____
_____
City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

Official Form 106D        Part 2 of Schedule D: Creditors Who Have Claims Secured by Property        page ___ of ___